1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-6831
7     Fax: (415) 436-7234
      E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States of America
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   No.    CR-3-11-70207-JCS
14                                  )
          Plaintiff,                )   [PROPOSED] ORDER AND
15                                  )   STIPULATION EXCLUDING TIME
      v.                            )   FROM MARCH 3, 2011, TO MARCH 31,
16                                  )   2011, FROM THE SPEEDY TRIAL ACT
   TRANG MAN LOOC,                  )   CALCULATION (18 U.S.C. §
17                                  )   3161(h)(8)(A)) AND WAIVING TIME
          Defendants.               )   LIMITS UNDER RULE 5.1
18                                  )
   _____  )
19

20
21     On March 3, 2011, defendant Trang Man Looc was arraigned by Magistrate Judge Spero on
22  the above-captioned complaint.  At that time, the Court scheduled a detention hearing for March
23  10, 2011, and a preliminary hearing for March 15, 2011.  On March 10, 2011, with the agreement
24  of the parties, Magistrate Judge Spero continued the detention hearing to March 18, 2011.  The
25  parties have also agreed to continue the preliminary hearing until March 31, 2011.
26         With the agreement of the parties, and with the consent of the defendant, the Court enters
27  this order scheduling a preliminary hearing on March 31, 2011, at 9:30 a.m. before the duty
28  magistrate judge, and documenting the defendant's waiver of the preliminary hearing date

under Federal Rule of Civil Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 3, 2011 to March 31, 2011.

The parties agree, and the Court finds and holds, as follows:

1. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for a preliminary hearing.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from March 3, 2011 to March 31, 2011, based upon the need for effective preparation of counsel and to provide the defendant an opportunity to review discovery.  The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to March 3, 2011, shall remain preserved.

2. Counsel for the defendant believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's best interest for the United States to indict the case during the normal 10-day timeline established in Rule 5.1.  In addition, counsel for the defendant believes that the exclusion of time is in his client's best interest.

3. Given these circumstances, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  In addition, the Court finds that the ends of justice served by excluding the period from March 3, 2011, and March 31, 2011, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing before the duty magistrate judge on March 31, 2011 at 9:30 a.m., and (2) orders that the period from March 3, 2011 to March 31, 2011, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and the time period for preliminary

///
///
///
///

1 | hearings under Federal Rule of Criminal Procedure 5.1.

3 | STIPULATED:

5 | DATED: March 10, 2011               /s/
                                        GARRICK LEW
6 |                                     Attorney for Defendant Trang Man Looc

8 | DATED: March 10, 2011               /s/
                                        AARON D. WEGNER
9 |                                     Assistant United States Attorney

10 | IT IS SO ORDERED.

12 | DATED: 03/14/11
13 |                                     _____
                                         HON. Judge Joseph C. Spero
14 |                                     United States Magistrate Judge

3