1    MELINDA HAAG (CABN 132612)
     United States Attorney
2

3    MIRANDA KANE (CABN 150630)
     Chief, Criminal Division
4

5    AARON D. WEGNER  (CABN 243809)
     Assistant United States Attorney
6
       450 Golden Gate Ave., Box 36055
7      San Francisco, California 94102
       Telephone:  (415) 436-6831
8      Fax: (415) 436-7234
       E-Mail: aaron.wegner@usdoj.gov
9
     Attorneys for the United States of America
10

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14   UNITED STATES OF AMERICA,          )    No.    CR-3-11-70207-JCS
                                        )
15           Plaintiff,                 )    [~~PROPOSED~~] ORDER AND
                                        )    STIPULATION EXCLUDING TIME
16        v.                            )    FROM MARCH 31, 2011, TO APRIL 21,
                                        )    2011, FROM THE SPEEDY TRIAL ACT
17   TRANG MAN LOOC,                    )    CALCULATION (18 U.S.C. §
                                        )    3161(h)(8)(A)) AND WAIVING TIME
18           Defendant.                 )    LIMITS UNDER RULE 5.1
                                        )
19   _____)

20

21        On March 14, 2011, Magistrate Judge Spero signed the stipulation and proposed order filed

22   by the parties requesting that the preliminary hearing in this matter be continued until March 31,

23   2011.  The parties have now agreed to continue the preliminary hearing until April 21, 2011.

24        With the agreement of the parties, and with the consent of the defendant, the Court enters

25   this order scheduling a preliminary hearing on April 21, 2011, at 9:30 a.m. before the duty

26   magistrate judge, and documenting the defendant's waiver of the preliminary hearing date

27   under Federal Rule of Civil Procedure 5.1 and the exclusion of time under the Speedy Trial Act,

28   18 U.S.C. § 3161(b), from March 31, 2011 to April 21, 2011.

The parties agree, and the Court finds and holds, as follows:

1. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for a preliminary hearing.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from March 31, 2011 to April 21, 2011, based upon the need for effective preparation of counsel and to provide the defendant an opportunity to review discovery. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to March 31, 2011, shall remain preserved.

3. Counsel for the defendant believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's best interest for the United States to indict the case during the normal 10-day timeline established in Rule 5.1. In addition, counsel for the defendant believes that the exclusion of time is in his client's best interest.

4. Given these circumstances, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. In addition, the Court finds that the ends of justice served by excluding the period from March 31, 2011 until April 21, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing before the duty magistrate judge on April 21, 2011 at 9:30 a.m., and (2) orders that the period from March 31, 2011 to April 21, 2011, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and the time period for preliminary

///
///
///
///
///
///

hearings under Federal Rule of Criminal Procedure 5.1.

STIPULATED:

DATED: March 30, 2011                          /s/
                                         GARRICK LEW
                                         Attorney for Defendant Trang Man Looc

DATED: March 30, 2011                          /s/
                                         AARON D. WEGNER
                                         Assistant United States Attorney

IT IS SO ORDERED.

DATED: 03/30/11

HON.
United                               Judge Joseph C. Spero